**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Karl Eric MILLER, Respondent.**

**No. 144 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 18, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 18th day of November, 1996, there having been filed with this Court by Karl Eric Miller his verified Statement of Resignation dated October 17, 1996, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Karl Eric Miller be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**In the Matter of Earnestine Oliver BROWN.**

**No. 263 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 18, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 18th day of November, 1996, Earnestine Oliver Brown having been disbarred from the practice of law before the United States District Court for the District of Maryland by Order of that Court dated July 15, 1996; the said Earnestine Oliver Brown having been directed on September 26, 1996, to inform this Court of any claim she has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Earnestine Oliver Brown is disbarred from the practice of law in this Commonwealth, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Terence Alan PLIZGA, Respondent.**

**No. 279, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 4, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 4th day of December, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board dated October 16, 1996, it is hereby

ORDERED that TERENCE ALAN PLIZGA, be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one (1) day, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.